652 A.2d 826

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant,

v.

Joel L. DIAMOND.

Supreme Court of Pennsylvania.

Argued Jan. 24, 1994.

Decided Jan. 19, 1995.

Timothy P. Wile, Lansdale, Harold H. Cramer, Philadelphia, John L. Heaton, Harrisburg, for Comm., D.O.T.

Bernard M. Berman, Stephen M. Asbel, Media, for J. Diamond.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.